# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

AO

          Plaintiff,

v.

Partnerships and Unicorporated Associations Identified on Schedule "A", The

          Defendant.

Case No.: 1:21−cv−04923

Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 20, 2021:

    MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's ex parte motion for leave to temporary seal documents [6] [10] and Plaintiff's motion to exceed page limitation [9] are granted. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.