**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Ara Ohanian ) | Case No. 1:21-cv- 4923 |
| ) | |
| v. ) | Judge: Hon. Mary M. Rowland |
| ) | |
| THE PARTNERSHIPS and ) | Magistrate: Hon. Jeffrey T. Gilbert |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A ) | |
| _____ ) | |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff, Ara Ohanian, having filed his complaint for Federal Trademark Counterfeiting and

Infringement, Unfair Competition and False Designation of Origin, and claims under the Illinois

Uniform Deceptive Trade Practices Act, and having moved for a Preliminary injunction against

the remaining Defendants identified in Appendix "A" (collectively, the "Defendants") and the

Court having considered the complaint, declarations, exhibits, and memorandum of law filed in

support, finds as follows:

This Court hereby finds that it has personal jurisdiction over the Defendants because the

Defendants directly target their business activities toward consumers in the United States,

including the State of Illinois. Specifically, Defendants are reaching out to do business with

Illinois residents by operating one or more commercial Internet webstores on platforms such as

Amazon, eBay, Wish, TopHatter, Alibaba, or AliExpress, all which offer shipping to U.S.

residents, including those within the jurisdiction of the Northern District of Illinois, through

which Illinois residents can purchase products bearing counterfeit versions of the GARDEN

GENIE, GARDEN GENIE GLOVES, THE ORIGINAL DIGGING GLOVE, HONEY

BADGER GARDEN GLOVES, WOLVERINE GARDEN GLOVES, and WOLVERINE Marks

U.S. Registration (U.S. Reg. Nos. 6331275, 6481298, 5592036, 5506033, 5644694 and

5556517). Theses registrations are valid, unrevoked, and uncancelled.

This Court further finds that injunctive relief previously granted in the Temporary

Restraining Order ("TRO)" should remain in place through the pendency of this litigation and

that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65.

Evidence submitted in support of this Motion and in support of Plaintiff's previously granted

Motion for Entry of a Temporary Restraining Order establishes that Plaintiff has a likelihood of

success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm

if the injunction is not granted. Specifically, Plaintiff has proved a *prima facie* case of trademark

infringement because (1) the GARDEN GENIE trademarks are distinctive and registered with

the U.S. Patent and Trademark Office on the Principal Register; (2) Defendants are not licensed

or authorized to use the GARDEN GENIE trademarks; and, (3) Defendant's use of the

GARDEN GENIE trademarks is causing a likelihood of confusion as to the origin or sponsorship

of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized

use of the GARDEN GENIE trademarks irreparably harms Plaintiff through diminished goodwill

and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future

sales. Monetary damages fail to address such damage, and therefore Plaintiff has inadequate

remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to

dispel the public confusion caused by Defendants' actions.

**It is therefore Ordered:**

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be enjoined and restrained from:

    a. using the GARDEN GENIE trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine GARDEN GENIE products or not authorized by Plaintiff to be sold in connection with the GARDEN GENIE Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine GARDEN GENIE producst or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of GARDEN GENIE and approved by Plaintiff for sale under the GARDEN GENIE Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of GARDEN GENIE, or are sponsored by, approved by, or otherwise connected with GARDEN GENIE;

    d. further infringing the GARDEN GENIE trademarks and damaging Plaintiff's goodwill;

    e. otherwise competing unfairly with Plaintiff in any manner;

    f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or

offered for sale, and which bear any of the GARDEN GENIE trademarks, or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products;

2. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be enjoined and restrained from:

a. Moving, destroying, or otherwise disposing of any items, merchandise or documents relating to the Counterfeit Products, Defendants' infringing websites, and/or Defendants' assets and operation; and

b. Removing, destroying, or otherwise disposing of computer files, electronic files, business records, or documents relating to any of Defendants' infringing websites, assets, operations, or relating in any way to the manufacture, acquisition, purchase, distribution or sale of Counterfeit Products, or any reproduction, copy or colorable imitation of the GARDEN GENIE trademarks.

3. Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address; (b) all websites and online marketplace accounts on any platform that they own and/or operate; (c) their financial accounts, including but not limited to all Amazon, eBay, Wish, TopHatter, Ali Express, Alibaba, PayPal,Western Union, Payoneer, Worldfirst, etc., accounts; and (d) the steps taken by each Defendant to comply with paragraphs 1(a)–(i) and 2(a)–(b), above.

4. Plaintiffs may immediately commence discovery by providing actual notice, pursuant to subpoena or otherwise, of this Order to any of the following parties: (1) Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them; (2) any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, Amazon, eBay, Wish, TopHatter, Ali Express, AliBaba, PayPal, Inc., Western Union, Payoneer, Worldfirst, etc. or other merchant account providers, payment provider, third party processors, credit card associations (i.e. MasterCard and VISA) that receive payments or hold assets on Defendants' behalf; and (3) any third party service providers, including without limitation, ISPs, back-end service providers, web designers, sponsored search engine or ad-word providers, shippers, domain name registrars, domain name registries or online third-party sellers who have provided services for Defendants (collectively, "Third Party Providers") shall, within five (5) days after receipt of such notice, provide copies of all documents and records in such person or entity's possession or control relating to:

a. The identities and addresses of Defendants, their agents, servants, employees, confederates, and any persons acting in concert or participation with them and the locations and identities of Defendants' operations, including without limitation, identifying information associated with Defendants' infringing webstores websites and financial accounts;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the infringing websites and Defendants' financial accounts, as well as

providing a full accounting of Defendants' sales and listing history related to the

infringing websites;

c. Defendants' infringing webstores, websites and any domain name registered by

Defendants; and

d. Any financial accounts owned or controlled by Defendants, including their agents,

servants, employees, confederates, attorneys, and any persons acting in concert or

participation with them, including such accounts residing with or under the control of any

banks, savings and loan associations, payment processors or other financial institutions,

including without limitation, Amazon, eBay, Wish, TopHatter, Ali Express, Alibaba,

PayPal, Inc., Western Union, Payoneer, Worldfirst, or other merchant account providers,

payment providers, third party processors, and credit card associations (i.e., MasterCard

and VISA).

5. Defendants and any persons in active concert or participation with them who have

actual notice of this Order shall be restrained and enjoined from transferring or disposing of any

money or other of Defendants' assets until further ordered by this Court.

6. Amazon, eBay, Wish, TopHatter, Ali Express, Alibaba, and their affiliates shall, within

two (2) business days of receipt of this Order, block any money transfers and funds from being

transferred by the Defendants identified in Schedule "A" until further ordered by this Court.

7. PayPal, Inc., Payoneer, Worldfirst, Bill.com  ("Payment Processors") shall, within two

(2) business days of receipt of this Order, for any Defendant or any of Defendants' infringing

websites:

a. locate all accounts and funds connected to Defendants and the infringing websites,

including, but not limited to, any Payment Processor accounts connected to the

information listed in Schedule A of the Complaint and any e-mail addresses provided for

Defendants by third parties; and

b. restrain and enjoin any such accounts or funds that are non-U.S. based from

transferring or disposing of any money or other of Defendants' assets until further

ordered by this Court.

8. Any banks, savings and loan associations, payment processors, or other financial

institutions, for any Defendant or any of Defendants' infringing websites, shall within two (2)

business days of receipt of this Order:

a. locate all accounts and funds connected to Defendants and the infringing websites,

including, but not limited to, any financial accounts connected to the information listed in

Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin any such accounts or funds that are based in foreign jurisdictions,

including but not limited to China and Hong Kong, from transferring or disposing of any

money or other of Defendants' assets until further ordered by this Court.

9. Plaintiffs may immediately commence discovery by providing actual notice, pursuant

to subpoena or otherwise, of this Order to any of the following parties: (1) Defendants, their

agents, servants, employees, confederates, attorneys, and any persons acting in concert or

participation with them; (2) any banks, savings and loan associations, payment processors or

other financial institutions, including without limitation, PayPal, Inc., Payoneer, WorldFirst,

Bill.com or other merchant account providers, payment provider, third party processors, credit

card associations (i.e. MasterCard and VISA) that receive payments or hold assets on

Defendants' behalf; and (3) any third party service providers, including without limitation, ISPs,

back-end service providers, web designers, sponsored search engine or ad-word providers,

shippers, domain name registrars, domain name registries or online third-party sellers who have provided services for Defendants (collectively, "Third Party Providers") shall, within five (5) days after receipt of such notice, provide copies of all documents and records in such person or entity's possession or control relating to:

    a. The identities and addresses of Defendants, their agents, servants, employees, confederates, and any persons acting in concert or participation with them and the locations and identities of Defendants' operations, including without limitation, identifying information associated with Defendants' infringing websites and financial accounts;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the infringing websites and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to the infringing websites;

    c. Defendants' infringing websites and any domain name registered by Defendants; and

    d. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, PayPal, Inc., Western Union, MoneyGram, or other merchant account providers, payment providers, third party processors, and credit card associations (i.e., MasterCard and VISA).

10. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

11. This Order shall apply to the infringing Webstores and any other stores properly brought to this Court's attention and verified by sworn affidavit that verifies such new Webstores are being used by Defendants for the purpose of counterfeiting the GARDEN GENIE trademarks and/or unfairly competing with Plaintiff in connection with search engine results pages.

12. Upon two (2) days' written notice Plaintiff or on shorter notice as set by this Court, any Defendant may, upon proper showing, appear and move to dissolve or modify this Order upon an appropriate evidentiary showing by Defendant.

13. The $10,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

14. All previously sealed documents are hereby unsealed.

Dated: November 12, 2021

_Mary M Rowland_

_____
U.S. District Court Judge Mary M. Rowland

Appendix A

| Doe | Store Name | Merchant ID |
|---|---|---|
| 1 | Sunovo (Shandong) International Trading Co., Ltd. | azsunovo |
| 2 | Baoding Red Shark International Trade Co., Ltd. | bdhsgj |
| 3 | Beijing Jierou Department Store Co., Ltd. | beijingjierou |
| 4 | Yiwu Nine Star Import & Export Co., Ltd. | benaton |
| 5 | Yangzhou B&h Import And Export Co., Ltd. | bh-accessories |
| 6 | Ningbo Brice Gardening Co., Ltd. | brice |
| 7 | Suzhou Polelong E-Commerce Co., Ltd. | cnpole |
| 8 | Wuhan Yunhong Agricultural & Chemical Scientific Development Co., Ltd. | cnwhyhkj |
| 9 | Hangzhou Weilin Enterprise Co., Ltd. | deliwear |
| 10 | Changzhou Toptree Auto Lamp Co., Ltd. | dingtong |
| 11 | Shanghai Douta Trading Co., Ltd. | dobures2 |
| 12 | Ningbo Dollar Resource Import & Export Co., Ltd. | dollarresource |
| 13 | Dezhou Jingcai Glove-Making Co., Ltd. | dzjcst |
| 14 | Ningbo Emda Import And Export Co., Ltd. | emda |
| 15 | Quanzhou Fantran Gloves Co., Ltd. | fantrangloves |
| 16 | Linyi Full Green Environmental Protection Materials Co., Ltd. | fullgreen |
| 17 | Zhongshan Fulmet Technology Co., Ltd. | fulmetech |
| 18 | Fuzhou Yiming E-Business Co., Ltd. | fzallin |
| 19 | Zhejiang Longyou Huiyang Foreign Trade Co., Ltd. | gardentools002 |
| 20 | Guilin Zhuonuo Technology Co., Ltd. | glznyy |
| 21 | Yue Sheng Trading (Shenzhen) Co., Ltd. | goldenaim |
| 22 | Yiwu Greefun Import & Export Co., Ltd. | greefun |
| 23 | Yiwu Guanghao E-Commerce Co., Ltd. | guanghaozou |
| 24 | Ningbo GYL International Trade Co., Ltd. | gylglobal |
| 25 | Hangzhou Weize Imp & Exp Co., Ltd. | healthguardvip |
| 26 | Suzhou Hengli Imp. & Exp. Co., Ltd. | henglisz |
| 27 | Henan Huayi Glove Company Ltd. | huayigloves |
| 28 | Zhejiang Pujiang Huiyuan Import And Export Co., Ltd. | huiyuanexport |
| 29 | Hangzhou Top Well Imp. & Exp. Co., Ltd. | hztopwell |
| 30 | Huizhou Yuansheng Trading Co., Ltd. | hzycsm |
| 31 | Yangzhou Garhope Medical Technology Co., Ltd. | jskgarhope |

| 32 | Shanghai Junyi Industry Co., Ltd. | junyihouseware |
| 33 | Lava Glove Co., Ltd. | lava |
| 34 | Shenzhen Longtrans Chan Technology Co., Ltd. | lcccj |
| 35 | Shenzhen Shenrong Silicone Technology Co., Ltd. | lipengda |
| 36 | Linyi Zhanda Safety Protection Products Co., Ltd. | lyzhanda |
| 37 | Shenzhen Minghao Gloves Co.,ltd | minghaoglove |
| 38 | S-Element (ningbo) Trading Technology Co., Ltd. | mingyuan111 |
| 39 | Changzhou Mydays Outdoor Co., Ltd. | mydaysoutdoor |
| 40 | Changzhou N-Innovation International Trading Co., Ltd. | n-innovation |
| 41 | Yongkang New-Hero Tools Manufactory | new-hero |
| 42 | Nano-Metre Industrial Limited | nmsafetyglove |
| 43 | Hangzhou Chengyu Commodity Co., Ltd. | planterbag |
| 44 | Qingdao Bisen Trading Co., Ltd. | qdbssm |
| 45 | Qingdao Giantfortune Industry Co., Ltd. | qdgiantfortune |
| 46 | Qingdao Blue Shield Protection Products Co., Ltd. | qdlandun |
| 47 | Yiwu Qianlang Electronic Commerce Co., Ltd. | qianlangtrading |
| 48 | Yiwu Kuaike Trading Firm | quiki |
| 49 | RHK TECH Welding Machinery Co., Ltd. | rhktech |
| 50 | Changsha Fusheng Trading Co., Ltd. | richholy |
| 51 | Linyi Runfangyuan Safety Protection Products Co., Ltd. | runfangyuan |
| 52 | Ningbo Scojet Import & Export Trading Co., Ltd. | scojetchina |
| 53 | Shanghai Garrein Industry Co., Ltd. | shgarrein |
| 54 | Yongkang Fengshang Arts And Crafts Factory | showsea |
| 55 | Hebei Xixiwei International Trade Co., Ltd. | sinvue |
| 56 | Ningbo Hi-Tech Zone Smart Trading Co., Ltd. | smartcorp |
| 57 | Changzhou Sunnergy Energy Technology Co., Ltd. | sunnergysafety |
| 58 | Shaanxi Beiye Green Facilities Co., Ltd. | sxbyhb |
| 59 | Shaoxing Shangyu Jingrui Protective Equipment Co., Ltd. | syjingrui |
| 60 | Hefei Taimusi Network Technology Co., Ltd. | taimusi |
| 61 | Shenzhen TMH Tech Co., Ltd. | tmh |
| 62 | Zhejiang TSRT Supply Chain Co., Ltd. | tsrt888 |
| 63 | Taizhou Superbag Trading Co., Ltd. | tzsuperbag |
| 64 | Utmaster Import & Export Co., Ltd. | utmaster |

| 65 | Wefocus (Shenzhen) Tech Co.,LTD | wefocusvip |
|----|----------------------------------|------------|
| 66 | Changzhou Wejump Safety Co., Ltd. | wejump |
| 67 | Wuxi Yizhou Trading Co., Ltd. | wuxiyizhou |
| 68 | Shandong Xingguang Protective Products Co., Ltd. | xingguangprotective |
| 69 | Shenzhen Xinhuafa Bag Products Company Ltd. | xinhuafa |
| 70 | Yiwu Xiaohong Craft Co., Ltd. | yiwuxiaohong |
| 71 | Yiwu Youmai General Merchandise Co., Ltd. | ymry |
| 72 | Lanzhou Wentuo Science & Development Co., Ltd. | zgwit |
| 73 | Suzhou Zhi Xin Hang Hardware & Electrical Co., Ltd. | zhixinh |
| 74 | Jinhua Hairender Import & Export Co., Ltd. | zjhairender |
| 75 | Zhengzhou Zomagtc Company Ltd. | zmsafety |
| 76 | BAIS Technology cn., Ltd | 216457 |
| 77 | SZ HONEST SALE CO.,LTD | 534529 |
| 78 | amy zhang's store | 605399 |
| 79 | Charminghome Store | 1048038 |
| 80 | NINTHWORLD Store | 1082379 |
| 81 | oceaneshop Store | 1282568 |
| 82 | Uncle Bill Store | 1332827 |
| 83 | LTZFTL tool Store | 1626734 |
| 84 | Drtools Gardening Store | 1810080 |
| 85 | Talk-Satisfied Gardening Store | 1940618 |
| 86 | Ausoon Direct Store | 2208168 |
| 87 | Domyhome Store | 2226043 |
| 88 | Irrigation fitting & tools cut tools Store | 2657208 |
| 89 | House_Tools Services Store | 2803130 |
| 90 | Pro Lighting & Tool Store | 2817032 |
| 91 | hengjiumande Official Store | 2850059 |
| 92 | JIAZHOUHU Gloves Store | 2906297 |
| 93 | NIUPOZ Huitailang Glove Store | 2949253 |
| 94 | Daily Handcraft Store | 2953152 |
| 95 | ACCHAMP Store | 2953252 |
| 96 | Universalmall Store | 2957157 |
| 97 | GOUGU Official Store | 2959270 |
| 98 | Shop3117050 Store | 3117050 |
| 99 | AISESI Official Store | 3431002 |
| 100 | Tryway Official Store | 3472059 |

| 101 | Globel Dropshipping Store | 3509098 |
| 102 | Jeebel L Store | 3632047 |
| 103 | BTOOL Store | 3657079 |
| 104 | ARMTHM Official Store | 3659016 |
| 105 | Infancy Store | 3877047 |
| 106 | Cyca Supermarket Store | 3995028 |
| 107 | Vacclo Official Store | 4044052 |
| 108 | Shop4045013 Store | 4045013 |
| 109 | Garden Decor 11 Store | 4049015 |
| 110 | Beautiful home life Store | 4220013 |
| 111 | Someonelikewhat Store | 4406110 |
| 112 | Letianxin garden Store | 4408039 |
| 113 | Shop4603008 Store | 4603008 |
| 114 | globle dropshipping Store | 4607041 |
| 115 | Shop4609020 Store | 4609020 |
| 116 | Deeroll Store | 4692067 |
| 117 | Beautiful LovePet Store | 4698076 |
| 118 | global going Store | 4699046 |
| 119 | Your Meter Tools Store | 4893038 |
| 120 | Found All Store | 4918111 |
| 121 | Shop4922020 Store | 4922020 |
| 122 | Shop4989407 Store | 4989407 |
| 123 | evilto Store | 5001106 |
| 124 | Dreamstory Store | 5006173 |
| 125 | FANTALIFE Store | 5008354 |
| 126 | NiceDropShipping Store | 5043263 |
| 127 | CDDM Store | 5045402 |
| 128 | YOUFULAI Indoor & Outdoor Life Store | 5047134 |
| 129 | YU2019 Store | 5048186 |
| 130 | Living Twinkleer Store | 5049142 |
| 131 | liyang flydream Store | 5049151 |
| 132 | huaer store Store | 5051046 |
| 133 | Shop5051188 Store | 5051188 |
| 134 | Shop5062056 Store | 5062056 |
| 135 | TaoHuaYuan Garden Tools Store | 5064050 |
| 136 | WHAT YOU NEED Store | 5066311 |
| 137 | Life Assistant Dropshipping Store | 5072191 |
| 138 | Wednes day Store | 5073288 |
| 139 | Shop5082379 Store | 5082379 |

| 140 | HUG Store | 5084071 |
| 141 | Pro Houseware Store | 5109133 |
| 142 | Shop5130081 Store | 5130081 |
| 143 | Shop5221012 Store | 5221012 |
| 144 | Pro Sweety Baby Store | 5247282 |
| 145 | YENJOYDIY Store | 5261173 |
| 146 | Shop5286005 Store | 5286005 |
| 147 | SolarKing Lighting Store | 5524051 |
| 148 | Mintiml Living Store | 5593156 |
| 149 | Mintiml HomeDecor Store | 5784464 |
| 150 | Leisure Happier Life Store | 5797782 |
| 151 | Aliexpress Dropshipping 01 Store | 5877260 |
| 152 | Shop5886204 Store | 5886204 |
| 153 | MBGARAGE06 Store | 5887712 |
| 154 | Gardening Tool Store | 900252245 |
| 155 | Warm found Store | 910335013 |
| 156 | Mintiml Fantasy Store | 910335304 |
| 157 | Insecticide Expert Store | 910451277 |
| 158 | Satisfy you Store | 910547080 |
| 159 | Shop910557401 Store | 910557401 |
| 160 | SuperDropship Store | 910566183 |
| 161 | Shop910750033 Store | 910750033 |
| 162 | Shop911051052 Store | 911051052 |
| 163 | Shop911128100 Store | 911128100 |
| 164 | Shop911265188 Store | 911265188 |
| 165 | MyCuteDaily Store | 911266285 |
| 166 | FBSARIKAYA Store | 911375121 |
| 167 | Shop911415523 Store | 911415523 |
| 168 | Shop911415642 Store | 911415642 |
| 169 | Shop911485003 Store | 911485003 |
| 170 | SHISHI PetSupplies Store | 911615655 |
| 171 | CANQ Store | 911726241 |
| 172 | INTE Store | 911729232 |
| 173 | Micah shop Store | 911744451 |
| 174 | SA Life shop Store Store | 911744588 |
| 175 | Rose department store Store | 911744849 |
| 176 | LORS Store | 911753562 |
| 177 | DA Thumb 3 Store | 911761803 |
| 178 | JiangSanSui life Store | 911809129 |

| 179 | LOBT Store | 911809143 |
|---|---|---|
| 180 | Empty Shopping Cart Store | 911810051 |
| 181 | JueJue life Store | 911815049 |
| 182 | Hi,Good life Store | 911861081 |
| 183 | goodlife houseware Store | 911871103 |
| 184 | Daily Life_House Store | 911882199 |
| 185 | EZ-FUN Store | 911932095 |
| 186 | Hurry up buy Store | 911933641 |
| 187 | Cfeyg Store | 911991094 |
| 188 | New_Life Store | 912002066 |
| 189 | Cost-effective store Store | 912016146 |
| 190 | Ct everything i have Store | 912059745 |
| 191 | Lowest_Price Store | 912060327 |
| 192 | XLZHOME Store | 912065497 |
| 193 | VFD Store | 912069757 |
| 194 | Here Is You Store | 912072560 |
| 195 | Economical Zone Store | 912073569 |
| 196 | VGE Store | 912074692 |
| 197 | uacr Kitchen Bathroom Accessories Store | 912080064 |
| 198 | xobw Kitchen Bathroom Accessories Store | 912097029 |
| 199 | Baike outdoor Store | 912114052 |
| 200 | pjop Kitchen Bathroom Dropship Accessories Store | 912132293 |
| 201 | fkxe Kitchen Bathroom Accessories Store | 912135235 |
| 202 | Kitchen lpfk Bathroom Accessories Store | 912143181 |
| 203 | xqmg Kitchen Bathroom Accessories Store | 912146217 |
| 204 | MY-DREAM Store | 912176416 |
| 205 | TRENDYHOUSE Store | 912178218 |
| 206 | I-LOVE MY-HOME Store | 912181664 |
| 207 | Kaerott | A11FE5CE5YU30O |
| 208 | junshu | A12HT2W5NYFAF1 |
| 210 | Slneal US store Direct | A1516QQUADSH83 |
| 211 | YARTTING DIRECT | A15CAVHTTC3NWG |
| 212 | Milixue | A15IVO1MNFIH4L |
| 213 | shenzhenshiyongjiadianzishangwuyouxiangongsi | A15QMSGL9XEE29 |
| 214 | MayaPlus | A1624UBUIHW2KD |
| 215 | XinhongZhizao | A163DQF21XWLQ9 |
| 216 | PROMEDIX | A16F2C0XAD1TK6 |

| 217 | Super Iron Man | A16FQRMD7K6FDN |
| 218 | chalover | A16JNYMQUB1X8U |
| 219 | inforest | A17KQJXLGUTFRB |
| 220 | S-ELEMENT(Ningbo)Trading Technology Co., Ltd | A17ZX5T68WEDAZ |
| 221 | SWEET-US | A19F7XG5YDV3FZ |
| 222 | Eternal Echo | A19Z4ZHFLTY6R9 |
| 223 | FLYSE | A1A3JZLNP2RUS8 |
| 224 | MY LOVE STOREE | A1AMI8CA6BWYVK |
| 225 | BiBiBiiiiii | A1AMUF66111UCQ |
| 226 | Hightingale | A1BFJ3LATRBGIW |
| 227 | prosperitys | A1BGLQ8FSWXOJB |
| 228 | Talk-Satisfied | A1BM6YEM5LS840 |
| 229 | pxshpot | A1CNNESCQH155Q |
| 230 | Pakesi | A1CPDQQJK2AXWN |
| 231 | AIFUSI | A1CWQCJ9BLJMQ6 |
| 232 | Sdoowes | A1D4N22GBLJHZG |
| 233 | WGCD | A1EEONYNGVV4GN |
| 234 | COZYDISCOUNT ¬Æ | A1ENT5QZR3OBTL |
| 235 | egorjes | A1EYYPOBE3QHW7 |
| 236 | Eternal lucky | A1EZK3S8EZCF6W |
| 237 | Meega Tech | A1FP5JVB9HFDOH |
| 238 | YPJ-US | A1FTPC5YP1YA1F |
| 239 | nabating | A1GBRQD9JEMBN5 |
| 240 | Prolife-US | A1HAUB6YEZAVA1 |
| 241 | KingBra | A1I3H6SYYBCZRQ |
| 242 | Suiewult | A1ILNTN52SD782 |
| 243 | Langze | A1KGEL1OVSS8XW |
| 244 | Averfeel | A1KJWTFZ0FECE5 |
| 245 | huachengsn | A1KVEOTU6N72GQ |
| 246 | sukevitor-UK | A1LP8DZCYD7ASX |
| 247 | YEJI | A1LSAI62D22P6N |
| 248 | Leyan Tech | A1N4ZWDBDACU8U |
| 249 | YINGSHANG EU | A1O1RS91FQN0MS |
| 250 | holrootshop | A1OD167XF23Z9D |
| 251 | Intend Direct | A1Q0RK21CNAOG5 |
| 252 | leiliao | A1Q8RE8A3PZCFB |
| 253 | Joseph Frederick Wassell | A1QKBK9M1C71I0 |
| 254 | All Best Co.,Ltd | A1RVHNGD0EY6Z |
| 255 | xinnluo | A1RX8OJPCEFZVW |

| 256 | DINGZHAO | A1S5BATOCT1D3J |
| 257 | WenFT-US | A1SCET9CAEFFVC |
| 258 | YONG HAO | A1T771Y7Y3L2YR |
| 259 | Okkitchentools | A1TNCAM8NHRCJT |
| 260 | Viviette | A1TRO6LYBXAUMP |
| 261 | Kravelds | A1UCN2U6AUJF0S |
| 262 | millie | A1UJHZTWOQVTFE |
| 263 | SINEOW | A1UUIUC8LTWCXH |
| 264 | Beslike Canada Online | A1WU1VQKZ6628N |
| 265 | Irma Smedley | A1X5K3YD87OGXT |
| 266 | qingyangqianyingshangmaoyouxiangongsi | A1X8PE3X0F9FLY |
| 267 | LoveHappylife | A1XBFTPKGEGWOY |
| 268 | benhuan store | A1XCO3RX7R6NYS |
| 269 | SUAVERUS | A1XWF9XDNO5D8E |
| 270 | XZYP | A1Y41W3W0WRY56 |
| 271 | yongbinstore | A1YKUT05A8EEZY |
| 272 | SHANGMAI | A1Z50U1JNEJ02Z |
| 273 | Blika | A1ZA115ENBUDEI |
| 274 | MaoFa | A1ZBH0VKHGX2Q5 |
| 275 | yichangshunmanmaoyiyouxiangongsi | A1ZCJFOA24VSHN |
| 276 | THHE | A1ZIJGK3G0WWLK |
| 277 | SERJOOC | A1ZPVWYORMRP54 |
| 278 | here&thereus | A1ZYFV1UWHDW7B |
| 279 | XUNKAI | A21274JF191955 |
| 280 | ORANLIFE | A2226QPBURN69P |
| 281 | ViGo High Quality Store | A22BOC61GVT942 |
| 282 | EORTA | A22ZPCOCJR2HDB |
| 283 | Baowox | A23FYZLI11JQL2 |
| 284 | Magnolia-US | A23X5VBV17M66H |
| 285 | Rui Hui Xin | A24JOPON2CASG9 |
| 286 | LiWei100a | A25ZRJWB8A60O |
| 287 | Ksmiley | A26942VBDKZ5Q9 |
| 288 | RNLUIS | A27WL3OLU81HUK |
| 289 | submarine21 | A2859QBALM3VTT |
| 290 | Bincout Meerore | A28QMCU7VXALWO |
| 291 | STONEDirect | A28Z1COA0C2FH2 |
| 292 | Airmarch | A29B0W4TF08XXT |
| 293 | Advancing Cat | A2AXBLLGTW1VOP |
| 294 | GoldPaddy | A2C688EZ9EJ4VY |

| 295 | dressray | A2FB0C9HXNQB9X |
| 296 | zhenzhi youxian gongsi | A2FC3S3MBU8FIT |
| 297 | SOILS | A2FL59AOQNIK1F |
| 298 | amalan eu | A2G3VGUKXTZ21K |
| 299 | Rongkai Ltd. | A2GHESEH9SKEJX |
| 300 | gaoboriyong | A2GJ0ORGWLENTZ |
| 301 | Toyeah | A2GN7952J6GIF3 |
| 302 | GonLei US | A2GSHGIF8VZ23A |
| 303 | Reddsn | A2GV1BSL7570B5 |
| 304 | YiChuan Jiao1 | A2HWROPOGJJ957 |
| 305 | xianjinhuachengjingmijixieyouxiangongsi | A2IHMKHHIPBE9N |
| 306 | MIN-XL | A2IXFXM2NS5KJT |
| 307 | LIGENYAO | A2IYOA7I8QNGIS |
| 308 | MengXin1990 | A2JGD9H7354RBL |
| 309 | Suaycheom | A2JTWWNRXY3MH6 |
| 310 | One thousand | A2K693RDAMDCSF |
| 311 | ghapogg | A2KWO4ANVYKTDO |
| 312 | EMERSON0 | A2LMEOHTU8MSO7 |
| 313 | POLODO02 | A2ML9PCT14K5W3 |
| 314 | Fearls | A2MNW2PYAVMUBJ |
| 316 | Kexian International | A2N6O53PL0HH3 |
| 317 | TYHJOY STORE | A2N6VVX6URQO2U |
| 318 | KunShan-Direct | A2N9CRDA92WHA3 |
| 319 | ZJWR | A2NFCKO1V9TVZH |
| 320 | Chenjunjia | A2PKHBLW3FIE3M |
| 321 | Bear 2nd Store | A2Q49A9V3RKFZL |
| 322 | Monbedos | A2QHOTIXWRO3M9 |
| 323 | ALEW Direct | A2QSDV19SEWRIU |
| 324 | VANGELIX | A2RSU13W83IVQR |
| 325 | Best Offer-US | A2SGPJ3U691PN2 |
| 326 | MoErWanFu | A2TXAXYRE42PV5 |
| 327 | zhifaru1386679s | A2U8QMLTEUCE6L |
| 328 | Anzmtosn | A2UIB3XHLDFLB4 |
| 329 | LAMPTOP-UK | A2UO111XC4HWTS |
| 330 | HouJun001 | A2VE0H996WKUF1 |
| 331 | ColGUYCoice | A2VLM7MIY05UPD |
| 332 | Corumu-US | A2VVWCSO36AZRG |
| 333 | xinluoquweide | A2WD7L671XY16C |
| 334 | zhaofeng direct | A2WHMN2OC6H40L |

| | | |
|---|---|---|
| 335 | Raculety | A2WO5FNI6I91SW |
| 336 | Pinkberry shop | A2Y4A09N0T9SP |
| 337 | Tim lu | A2Y745MI4ZJBSJ |
| 338 | COJOY | A2YCJH9T3B33G1 |
| 339 | Moflower | A2YDZCCWOCWAK0 |
| 340 | XJYAMUS | A2YE1W13KCSRZC |
| 341 | Coopache Direct | A2YJK1NEO56B3A |
| 342 | YangYangStor | A2Z3PPJRVGSJSR |
| 343 | Lucky Bridge | A2ZBG5VW7SZ6V2 |
| 344 | LLMMZD | A2ZDRZKW7PNV1X |
| 345 | PLTools | A2ZLAKGA5ZDEXI |
| 346 | Relecyus co.,ltd | A2ZQDL8ER38BV2 |
| 347 | findmall | A30FABLYMW48NQ |
| 348 | HUALINA | A31LGVY6X6LFDW |
| 349 | Lamburee | A31P8OYS1P02CL |
| 350 | Tbsitw-CA | A32X3EDIZH0LL7 |
| 351 | HAODE | A3410TUD9ULQ2G |
| 352 | Huifeng Technology | A342G8F7T5J8RS |
| 353 | UBeetp | A34OAGLZUGV1R4 |
| 354 | Pengdamai | A35PKPESYWH7B1 |
| 355 | QYCC | A35X28PDR070DL |
| 356 | yushoufu | A360FD89M5LJZN |
| 357 | Shizhang | A367VAIHAFDT7B |
| 358 | boyspringge | A36CRAYBGHMX71 |
| 359 | Energy day Moment | A36T0601QRYS5X |
| 360 | Delangke | A36WC33MK1LPMY |
| 361 | OMGTECK | A375LO7B5SS75E |
| 362 | lqt | A37GYO9Q93H4S7 |
| 363 | Gfuture | A380L0VYXTLH3O |
| 364 | ANSTEN US | A38ECSN629PF0W |
| 365 | Auwey | A38YQC7QE1JM58 |
| 366 | FUN YOUNG | A39AA9IHY37FCE |
| 367 | Da hai | A39ILVKPCV811W |
| 368 | Materdirect | A39ZPCCNRYLBOB |
| 369 | LongZe | A3AKLDC60EKRX9 |
| 370 | WSboss | A3AXG8YND54LBD |
| 371 | Uposao | A3B4S6ICPJHFEL |
| 372 | Chanwei Shop | A3BGVR11KUCU5B |
| 373 | Koopi | A3CVHJKA6B7UQ1 |

| 374 | Northern Shopping Center | A3D35NOJEU3MAA |
| 375 | Sevenluckystar | A3DSJIWUJHPP43 |
| 376 | showall | A3E4ZVHUGA54JU |
| 377 | Migiwata | A3EBO2GB5QCFT0 |
| 378 | shangyouzhuopin | A3EFS39UTHJZIV |
| 379 | Ruutcasy | A3ET9RJWDVBTDZ |
| 380 | JieChen Dian Zi Ke Ji You Xian Gong Si | A3FE8HWP470REY |
| 381 | henansenyongzhuangshigongchengyouxiangongsi | A3FLHK0JOK0KPW |
| 382 | KARIS KINGDOM | A3G2WW9ZQU23F6 |
| 383 | Zingker US STORE. | A3G63GYH9PEM3U |
| 384 | FEISHDEK STORE | A3GDEMI3ZKZ3PK |
| 385 | BAOZOON | A3H83FT5BR5Y9L |
| 386 | BaoMing Guo | A3HBJPBNPXREFN |
| 387 | KD HOME | A3IAXS409P0T36 |
| 388 | very mei | A3IMXHFDJ4DE26 |
| 389 | guojianzhongshangping | A3ISX0GFZ4UZAU |
| 390 | Enjoyist | A3IWG9DDECUP3C |
| 391 | RenTya | A3J6NP4EA4RJOD |
| 392 | Minicartshop | A3K9BD4BJOR8K4 |
| 393 | Kindkin Direct | A3KI3V7YB2GCM8 |
| 394 | YSQZSZP | A3LM4KCXSJCPVY |
| 395 | the-home-fusion-company | A3MLHOXBHYIY0W |
| 396 | FaSweety | A3NEXV2FUBLEUR |
| 397 | DubiDubi | A3NOBFS4MSVZOZ |
| 398 | PairathAMZ | A3NPVO1SEBUUVP |
| 399 | Ms AnGel Hair | A3NRWXM1B0AQP6 |
| 400 | XiaoSaLiRen | A3O2MJWBSBEO0T |
| 401 | CrSupplies | A3OA9FFAD08PKM |
| 402 | HandsEase | A3PW6NG59FGDCF |
| 403 | YEBON | A3QT5G4IC3IS57 |
| 404 | Zhengzhou City Promotion Trading Co., Ltd. | A3RP6GHEOI1A8V |
| 405 | liangjin | A3SMXPT7VWMOS3 |
| 406 | YaHon | A3TA3WIC5U3ME5 |
| 407 | daka1z2 | A3TX4S55JXDRCG |
| 408 | Ba shuo | A3U26G1LR4GQV8 |
| 409 | LEIYINMINGMAOYI | A3U71VKDDNDVI3 |
| 410 | Risen-KDO | A3UDQJP3ASCL9E |
| 411 | Yeasing BS Store | A3UUCB1F2VPMDY |

| 412 | DG-LH | A5QWNQ47UTCPT |
| 413 | Sunnni | A7AG6M4R7LCAO |
| 414 | Footholds | A7HM4Q2XSKL09 |
| 415 | linpuriyong | A7LLJ9SAVVDHD |
| 416 | THT UK | A7P2HI5RVJTB5 |
| 417 | Xiaoyu Network Technology Co., Ltd. | A7UO3N9QFF3B4 |
| 418 | yibeisi | A8MANCGKA94CU |
| 419 | Longcom | A9D2UUO72IY1I |
| 420 | Rainmae | A9DZX4HIN4OC7 |
| 421 | Baocheng technology | A9R3LJXBA9JRX |
| 422 | Yippee Home | A9TB8F1MZ9ILV |
| 423 | LuvisR Direct | AA4S98WIKZTC5 |
| 424 | Precise Retail LTD | ABMB77G2C7NUH |
| 425 | Rondj-k2 | ACBAI5W7GP3JX |
| 426 | ShouDuo | ADCNY9OAKH8JZ |
| 427 | ShuJieXing | AF3B14ORW9N22 |
| 428 | meide | AF7PZRT01DFYM |
| 429 | COCO SUNSHINE SHOPPING | AGLHLHXON8NO7 |
| 430 | Tengruichepin | AGMDSCBDGOF8D |
| 431 | VTES | AGYFBBORVCD77 |
| 432 | HengRui1 | AHG92S3UFI4CJ |
| 434 | Gamtect-Direct | AHZ3XBMOZ2S0B |
| 435 | SoulQool Direct | AIB3EK73VINHG |
| 436 | Golden toad | AIMVR24E7IZSH |
| 437 | changqi home | AJBB817S5HW4T |
| 438 | BuyPrime | AJF0GRF0IV2KC |
| 439 | Koeus US | AJGUXOUX7JOC6 |
| 440 | JIELUJIA | AKTBMK8T9LSEU |
| 441 | UnitronWorld | AMT6IBIWXU3Y1 |
| 442 | JCFIRE | AOCA0M38O96NA |
| 443 | Luufuehy | AP624EJMED5MJ |
| 444 | SXUJIA | APNAQOK5ELXUV |
| 445 | Forehead-us | APRRF48A64ZU3 |
| 446 | JiangTaoWuJinRiZaDian | AQ37C0YY80LPO |
| 447 | XuYanDengWang | AR5ZN3SB6BF9L |
| 448 | HONGSUS | AS7YGRQYL3T5D |
| 449 | KOMAKE-US | ASKFJVP2SMW7R |
| 450 | HESKJ | ASUOE3KZY99WG |
| 452 | KuiChu | AUUGLGJDLOMC8 |

| 453 | YWDKJGS | AVRUTXTTTPEIG |
|---|---|---|
| 454 | Speedy Panther | AWD1X9A9M34U6 |
| 455 | SOPHY_COLORCOLOR | AWDLM2MXILR30 |
| 456 | FY-KUPAO | AX8U1FFFDHGCB |
| 457 | hanshuaishop | AXA613P4WTGSP |
| 458 | Helovmine | AXZ0BTCJHA819 |
| 459 | UGarden | AYL4ZCP2THGJF |
| 460 | Inf-way | AZPGUA0Q5G4W0 |
| 461 | OPEIGE | AZZ6J4I0LW5BG |
| 462 | airmen | 15870853 |
| 463 | atomizer | 15933852 |
| 464 | goodgoods_2015 | 17143452 |
| 465 | jerry111 | 18688151 |
| 466 | topcartool | 20155817 |
| 467 | cardiagnostics | 20242982 |
| 468 | acartoolservice | 20243476 |
| 469 | novelty_1 | 20330766 |
| 470 | weysuntrade | 20719326 |
| 471 | jvren | 20720061 |
| 472 | nogo | 20761554 |
| 473 | happynewlife1 | 20963462 |
| 474 | jetboard | 20994808 |
| 475 | wondenone | 21060776 |
| 476 | fanying711 | 21064446 |
| 477 | candybaby8888 | 21352367 |
| 478 | baby522 | 21453562 |
| 479 | hairclippersshop | 21519473 |
| 480 | b2b_sellers | 21538468 |
| 481 | trustbde | 21549410 |
| 482 | xhlight | 21551388 |
| 483 | mywjqq | 21554684 |
| 484 | home_for_you | 21556870 |
| 485 | big_family_home | 21557011 |
| 486 | honest_seller_2020 | 21562610 |
| 487 | fashion_home_best | 21562612 |
| 488 | love_fashion_home | 21562615 |
| 489 | kitchen_for_you | 21562731 |
| 490 | best_kitchen_home | 21562737 |
| 491 | homes2011 | 21563849 |

| 492 | jiao07 | 21569413 |
|---|---|---|
| 493 | kapastar_mask | 21577251 |
| 494 | hot_items_home | 21579839 |
| 495 | bde_luck | 21580028 |
| 496 | ffshop2001 | 21580078 |
| 497 | new_items_home | 21580102 |
| 498 | lucky2005 | 21580376 |
| 499 | homes2007 | 21594181 |
| 500 | dh_seller2010 | 21594289 |
| 501 | new_dhbest | 21594867 |
| 502 | sports2010 | 21595117 |
| 503 | bdesybag | 21595379 |
| 504 | jhhome | 21608590 |
| 505 | kong09 | 21614661 |
| 506 | wisdo_shenzhen | 21616122 |
| 508 | 2fit.gears | 2fit.gears |
| 509 | 2ndheaven2013 | 2ndheaven2013 |
| 510 | 3dayandnight | 3dayandnight |
| 512 | accfuns-us | accfuns-us |
| 513 | anukira | anukira |
| 514 | anurka0 | anurka0 |
| 515 | asankawaj | asankawaj |
| 517 | aylissdesign | aylissdesign |
| 518 | backyard-ly | backyard-ly |
| 519 | baixiteshop | baixiteshop |
| 520 | ban8497 | ban8497 |
| 521 | bestgarder | bestgarder |
| 524 | catzons | catzons |
| 526 | chengyi_sports | chengyi_sports |
| 527 | cityb-6789 | cityb-6789 |
| 529 | danasam-65 | danasam-65 |
| 530 | deagn-35 | deagn-35 |
| 531 | dealforyou | dealforyou |
| 532 | deatal_29 | deatal_29 |
| 533 | di_din12 | di_din12 |
| 534 | digitalworlduk | digitalworlduk |
| 535 | dinph93 | dinph93 |
| 536 | djrq8989 | djrq8989 |
| 537 | dulcio_1 | dulcio_1 |

| 538 | ec4ubuy | ec4ubuy |
|-----|---------|---------|
| 539 | eugenetrustservice99 | eugenetrustservice99 |
| 540 | everyday.essent-87 | everyday.essent-87 |
| 541 | fantasticshop2019 | fantasticshop2019 |
| 542 | fashionbrandz17 | fashionbrandz17 |
| 543 | fashionspin2014 | fashionspin2014 |
| 544 | fiveone | fiveone |
| 545 | flash_2019 | flash_2019 |
| 546 | francis_5088 | francis_5088 |
| 547 | fugege | fugege |
| 548 | furthe_0 | furthe_0 |
| 549 | global_tradings786 | global_tradings786 |
| 551 | greatsavingsat | greatsavingsat |
| 552 | growlights-factory | growlights-factory |
| 553 | harnu89 | harnu89 |
| 555 | hnfy_001 | hnfy_001 |
| 556 | hoai40 | hoai40 |
| 558 | hydrogrowlights | hydrogrowlights |
| 559 | igokudryasho_0 | igokudryasho_0 |
| 560 | irmulti_98 | irmulti_98 |
| 561 | itty32456 | itty32456 |
| 562 | james_roberts | james_roberts |
| 563 | japak_50 | japak_50 |
| 564 | jollimanclothing | jollimanclothing |
| 565 | jookyounger8jy | jookyounger8jy |
| 566 | k_j_suppliers | k_j_suppliers |
| 567 | kevihuan_90 | kevihuan_90 |
| 568 | kitchenpro | kitchenpro |
| 569 | kk-factory-direct-sales | kk-factory-direct-sales |
| 570 | laforeta | laforeta |
| 571 | landscape-plus | landscape-plus |
| 573 | last_buy | last_buy |
| 574 | locazone | locazone |
| 577 | lucas_i | lucas_i |
| 578 | marketbuzz | marketbuzz |
| 579 | maxledfactorystore | maxledfactorystore |
| 580 | mbmexpressltd | mbmexpressltd |
| 581 | mihdumi6282 | mihdumi6282 |
| 582 | minimal-store | minimal-store |

| 583 | minimallstores | minimallstores |
| 584 | minlittlestar2016 | minlittlestar2016 |
| 586 | molistideal8li | molistideal8li |
| 587 | netdeals2u | netdeals2u |
| 588 | newyorktimes2010 | newyorktimes2010 |
| 589 | nihon_82 | nihon_82 |
| 590 | noirdecors | noirdecors |
| 591 | paweboon_0 | paweboon_0 |
| 592 | piumal_online_store | piumal_online_store |
| 595 | sanjwarak0 | sanjwarak0 |
| 596 | sanley-shop | sanley-shop |
| 597 | scentsibl-9 | scentsibl-9 |
| 598 | silverdalestore | silverdalestore |
| 599 | since977 | since977 |
| 600 | sllspower | sllspower |
| 601 | soldbyus2014 | soldbyus2014 |
| 602 | sunnyshop06 | sunnyshop06 |
| 603 | sunnystore66 | sunnystore66 |
| 604 | suparmat_0 | suparmat_0 |
| 605 | super-7125 | super-7125 |
| 606 | superfast040 | superfast040 |
| 607 | supergrowth | supergrowth |
| 608 | superstronger | superstronger |
| 609 | thanks_12 | thanks_12 |
| 610 | thingslovers_00 | thingslovers_00 |
| 611 | top_reach | top_reach |
| 612 | trust-shop-store | trust-shop-store |
| 613 | turepuestoportatil | turepuestoportatil |
| 614 | ugeke-0 | ugeke-0 |
| 615 | usgerma_n6rzvg6 | usgerma_n6rzvg6 |
| 616 | vanessa_online_store | vanessa_online_store |
| 617 | wansgoo | wansgoo |
| 618 | wsfreedm | wsfreedm |
| 619 | xihaotech | xihaotech |
| 620 | xuawenji0 | xuawenji0 |
| 621 | yendar | yendar |
| 622 | youngtomorrow | youngtomorrow |
| 623 | yourchoice032 | yourchoice032 |
| 624 | BearsbunnyCrafts | BearsbunnyCrafts |

| | | |
|---|---|---|
| 625 | Tulip | 1483336471481661339-192-3-26341-1566051740 |
| 626 | NYtoys | 5bfd25748b4513030181417c |
| 627 | Moonbiffy-Home | 5c18edc91436d403010d6074 |
| 628 | Odilo | 5d25801c28fc71030185c60e |
| 629 | Love Life as Love You | 5d3bcc4136b54d03016818fd |
| 630 | Tfscloin kitchen | 5e74351d28fc710301698121 |
| 631 | Big Home One | 5f2172ed3574380306c28891 |
| 632 | Litebear | 60bc9f948f26571a77c4fdc8 |
| 633 | keylines | keylines |
| 634 | Monkey World | Monkey-World |
| 635 | Shona's shop | Shona-s-shop |
| 636 | Siruituo Electronics | Siruituo-Electronics |
| 637 | aliands | aliands.com |
| 638 | aolrew | aolrew.com |
| 639 | Blosmore | blosmore.com |
| 640 | Cute Hooves | cutehooves.com |
| 641 | Dematy | dematy.com |
| 642 | Dimigy | dimigy.com |
| 643 | doratak | doratak.com |
| 644 | Easy Trolleys | easytrolleys.com |
| 645 | OSELETTI | en.oseletti.com |
| 646 | Eranal | eranal.com |
| 647 | expressdeal | expressdeal.co.uk |
| 648 | goodidealshop | goodidealshop.com |
| 649 | Hardeb | hardeb.com |
| 650 | HOUSE AND GARDEN GADGETS | houseandgardengadgets.com |
| 651 | ihealthplace | ihealthplace.com |
| 652 | Kertley | kertley.com |
| 653 | leiteec | leiteec.com |
| 654 | liberetto | liberetto.com |
| 655 | lovelysit | lovelysit.com |
| 656 | Maple Things | maplethings.com |
| 657 | merchandiseall | merchandiseall.com |
| 658 | Nushbee | nushbee.in |
| 659 | oathshopy | oathshopy.com |
| 660 | regolabile | regolabile.com |
| 661 | shopnshop | shopnshop.shop |
| 662 | sounlightuk | sounlight.co.uk |

| 663 | tababo | tababo.com |
|-----|--------|------------|
| 664 | TechNetCity | technetcity.com |
| 665 | Trendy Ideas | trendyideas.store |
| 666 | twinklus | twinklus.com |
| 667 | venomcos | venomcos.com |
| 668 | wishchoose | wishchoose.com |
| 669 | wwooww | wwooww.shop |
| 670 | Youngress | youngress.com |
| 671 | YunDaPeng | 101043415 |
| 672 | ShenzhenShijieTradingCo.,Ltd | 101089345 |
| 673 | Everpert INC. | 101089386 |
| 674 | Chritian | 540559d9c5c2465d762e3a9f |
| 675 | shenzhen Electronic products Supplier | 540f0f0ac5c24645c5d5d428 |
| 676 | Miniskirt co., LTD. | 54eb1dafc5cb4028f2e1d686 |
| 677 | Handtaste | 54f131576b8a7748569e1e8e |
| 678 | Pandora Office | 556d5cd9c260722aa8a06c33 |
| 679 | Fashion & Beauty Mall | 5572934814800f1a03705ede |
| 680 | One Two Three Co. Ltd. | 55d327bf5ff1c01237d282b8 |
| 681 | HO-JEWELRY | 55deaaffaf61132901b4f64a |
| 682 | kingte store | 5625dae26ef5bf1a5195fcd3 |
| 683 | shihuanjing | 5721a1a643800e5973c56e3e |
| 684 | ballenshiny | 5796064b2b09c668f88be69b |
| 685 | Stellar fashion shop | 579b26f58c5d7a0f5a9dca5f |
| 686 | UWOOD WATCH | 57d113d20de5c1100cec9f2d |
| 687 | Day single million | 5811b92b7f259f1962779003 |
| 688 | Yijia shopping | 583fbf940d44636a01b63f1f |
| 690 | NEW Fashionable | 586dfa1f1661124d4e8f13cc |
| 691 | Wolf Wolf Supermarket | 58a6d276111a2d5739839bf1 |
| 692 | Two cats Hobby | 58c690d698a470019afc7d87 |
| 693 | bestgood520 | 58e88b9f8cdaab16354e0c74 |
| 694 | Molo Garden | 58f17e11c1c94c055ff11196 |
| 695 | GUIUGJJKIIJ | 58f8a2c386cabb1197750272 |
| 697 | Chen's boutique | 5947a827e81e8a2571279cf9 |
| 698 | ChunTao2017 | 594c941a8b9602067b1e7c0a |
| 699 | LivingLab | 595ba62582a8546875e05915 |
| 700 | Thelasttime | 596f19ca37635d1d10766b1b |
| 701 | waixixz | 597b27ad30e1f32bf9f5278e |
| 702 | paner | 598075a823827039f3b80ce0 |
| 703 | zxxjmhh | 599e9009238270530f2be942 |

| 704 | LNshopping | 59b38e962351340e5da8b29d |
| 705 | Slenderhand | 59e6cfe60a332a2c93171e6f |
| 706 | 20171219 | 5a387900ddda8c3f1aa27dd4 |
| 707 | keylike | 5a3b6f61e62bbc7e9d9c78cd |
| 708 | DTT2018 | 5a9648e1a6bf7a798b4d9dc9 |
| 709 | BOSZ2000 | 5a979b60b722cf13d877828b |
| 710 | OKUPROP | 5aab9deec3911a1c53680a6d |
| 711 | Shenzhen Ruirui Technology Co.Ltd | 5abe5dd01b98df2c96be21f5 |
| 712 | muzixiezhuanshui | 5b04f010bdade45f5e5c393d |
| 713 | jiurunkjgs | 5b3f22ab86152a77a43e53f5 |
| 715 | wyanqriq123 | 5c75001da0e25750d7512c09 |
| 717 | ERIIAIzoto | 5c7cf745374b745ab598e075 |
| 718 | fangzhou shop | 5d3e70e8e4b65d21801e7296 |
| 719 | XiaoHong World | 5d3fb6abc022e9470dd7a3b2 |
| 720 | Boutique Toy | 5d4127880ff7f94b85e1b572 |
| 721 | Sstar xia | 5d4137c5838897037af3fc76 |
| 722 | xiameihui328 | 5d4bf13a7ad24249d946d993 |
| 723 | JIAHONG102 | 5d4d488183889762c5e6b919 |
| 724 | yuexinhappy | 5d524d0e27752b15183d906e |
| 725 | lucy888888 | 5d529c891d9a8e27c93d5a20 |
| 726 | chailaila678 | 5d59300240defd54c2ad1e09 |
| 727 | Simochuangzhi | 5d5a4626445edd52f2aef550 |
| 728 | JinJian World | 5d5b9f5a560eca390783ad37 |
| 729 | i-Deals Store | 5d7a2eb8288835676731f4bf |
| 730 | Xingyundy alldy | 5d8466fd8c8dc71044cdc5d6 |
| 731 | yuxianqingdin | 5d86edb3a9356a429fa74cff |
| 732 | HANH MARKT | 5da002dd5a52c60bf987f6e0 |
| 733 | xiaodengsupermarket | 5de09d9712af062d59feca5e |
| 734 | xingchen61988 | 5df1bec229e7862af3b31085 |
| 735 | Dayszip | 5e21c733773a061e4b85a558 |
| 736 | djstar | 5e27d48229e786313f09284e |
| 737 | zhouxingchaoshi | 5e5b532135e4cbd8d3d6f41b |
| 738 | khanh1234 | 5e5cc1c329e7865f4e6a685c |
| 739 | gayleeghnikolaustqg | 5e5e0d3329e786396e8e0d77 |
| 740 | sretertert | 5e6d71b6551040f344a39000 |
| 741 | llewellyns49ue1x | 5e80acda93fb008a0dca7946 |
| 742 | olivier4xiav7nm | 5e80b2bfdcc861ac18baf7d7 |
| 743 | AOSIyoSshop | 5e8952b302e0177cc083f196 |
| 744 | gwefwe | 5e9e9e71a46e78ea4eb73296 |

| 745 | FHOIHFIOR | 5e9ea0c8727e92e1c4817246 |
| 746 | ruhelos | 5ea1afb39d7967b7184a5aaf |
| 747 | hoangthuoc | 5ea6831bbd8d2053c31bc1f6 |
| 748 | qwqwqfd | 5ea7ae7eb35a4348e756a947 |
| 749 | GGFDDCS | 5ea7e52470de391f8c778ddc |
| 750 | thuhuongg1211 | 5ed0ceaf2a61fa35edab4692 |
| 751 | PeachTZ | 5eedc2bfc6945909078fbcb2 |
| 752 | WRshopone | 5f0d0246d073cb28eb543d0c |
| 753 | yyl15925916502 | 5f129c0229e786499e0001c2 |
| 754 | Q's world | 5f2fbcd47aaec0ea0eb8f1bd |
| 755 | ManuShopOn | 5f43194f29e78649af0589a3 |
| 756 | songbochao521 | 5f642030497c8400404a8094 |
| 757 | lihao67689 | 5f6b4047a41a8c2c78a80be6 |
| 758 | zhanglihua33085 | 5f6c400f40e7a277f3db7e6d |
| 759 | Abreup | 5f6ebb44d787871ea4a17769 |
| 760 | zengyuxisda | 5f8be39467ac9b23e6be67a6 |
| 761 | lizhaozhao2fg | 5f8bf5a867ac9b2a81be68d6 |
| 762 | wangmingdeng3212sda | 5f8c0fa21c8085f23ff16346 |
| 763 | visinism | 5f8dcc0a67ac9b2b03be68f6 |
| 764 | enzymopathy | 5f8df215db05349d2d59bb11 |
| 765 | Xuanjili | 5f9a7b9d3891854df726c127 |
| 766 | YANG0930 | 5fc8cb0fb36d7e8e7629265d |
| 767 | JILLLARKIN | 5fcb29543b290f0c8769bd51 |
| 768 | A. L. Price | 5fcc68a4c6884585dd77cc91 |
| 769 | Veramons | 5fcc6a4368d20e77eba1acd3 |
| 770 | Store My Tinos | 5fd28a6280265a004af9709f |
| 771 | Baconsqu | 5fd37afbaf71b1781da3151c |
| 772 | Kimberpack | 5fd7da9582d67f9e9dc2c9eb |
| 773 | Dulce Damas | 5fd915785f0279ecf75b96b4 |
| 774 | Prodigy Sports | 5fef98083a432dca80666fd1 |
| 775 | Syaine | 601cb8a2b852811b8df0d22b |
| 776 | fosters | 60226e163827d54101d89f5f |
| 777 | Riverlands Ranch | 6024ac054706de33820c9a37 |
| 778 | sunchen0741 | 604aeaa0c196b53989a9987a |
| 779 | Shade Sail World | 604b13c052a0cb15704c16cd |
| 780 | Nicer life | 604eef5f8d5887a7ad6ca5c4 |
| 781 | Ruilai life Museum | 60b0e9d044b548b39aa4c33b |